## Exhibit A to the Complaint

**Location:** Staten Island, NY  
**Total Works Infringed:** 34

**IP Address:** 141.155.136.65  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 97FBFAD64FB88D70E2C2C0872A5FD7F73B246898<br>File Hash:<br>0D51CFE789801438E53B272C3F6A9139AC7A804E12202777CA500648C36C4E1A | 02/29/2024 19:02:59 | Blacked | 05/15/2021 | 06/09/2021 | PA0002295594 |
| 2 | Info Hash: 2D888D797F8AA274A223E5BEE5FE581B147F2F93<br>File Hash:<br>B16F40113C6DD617CDBB9F8B166777AB43893F5AB310A5C24DB506CBF4DB3626 | 02/29/2024 15:47:18 | Slayed | 02/06/2024 | 03/28/2024 | PA0002462508 |
| 3 | Info Hash: 26D49A030AA4241D7A2AFD3E0526815AFB9BBF2D<br>File Hash:<br>03ECBB915D950D36741E845D7FBAB7AE5DAF6066FEBB673BE8EEC6E1DF142712 | 02/29/2024 15:44:12 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 4 | Info Hash: AFE491D5104B8DC4B3B569B5A7A8DEF5B01344FD<br>File Hash:<br>67BCF0D648B54524E486557E637D17D8DBB6CB219954544BD404349C70346DAE | 02/29/2024 15:44:06 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 5 | Info Hash: 7FCFA61F65AEF9F1B286BA70BC5A3CD6CA0350C4<br>File Hash:<br>92AD7CB7831F72E2DDAFBE447BA22DE072E0A1B15F5CB8364F277183805AD4B2 | 02/29/2024 15:44:04 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 6 | Info Hash: E697A58EC047B7E4DFE45EE1016E677B8BA61A25<br>File Hash:<br>E44CDCD5BCBAD56B867A06C65601BBD1C367FA9F7E80CE91FAFBD1B5FFAFAD50 | 02/29/2024 15:43:53 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 7 | Info Hash: 58E59EA364F324296007E16F9F488A1E0DA5D933<br>File Hash:<br>9FF576136408AC0312144C093118DC1707CFC6B57A4825DD6A43896D0E78468D | 01/02/2024 14:20:17 | Blacked | 10/23/2021 | 11/11/2021 | PA0002321276 |
| 8 | Info Hash: 8724EEF63870D55B3CAB610A8A874CA4D4B93B55<br>File Hash:<br>2059FD692DA407DE8FB6FEE825C80B8A9129A0F7DCC6E0CDE7448B8FBA1101BF | 12/29/2023 20:59:45 | TushyRaw | 11/22/2023 | 12/13/2023 | PA0002445429 |
| 9 | Info Hash: F6F26D3133DA455D06CA3E6CEF70EC8222CD21A4<br>File Hash:<br>0F2A780E0D4A44317B12FD8C7B8D79ED208BDF09862675A0F2E84E359CBB719E | 12/29/2023 20:41:21 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 10 | Info Hash: DC191363CA433B3DF58F8B19F07FF0DE7D41FF21<br>File Hash:<br>4E975A89DD6BBF9B70EF4001154B330F3CBBC06B33E68EC8684E8A9F32F5F073 | 12/28/2023 01:32:41 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 11 | Info Hash: D21FF692E96E967D30C7F53FC3A4156A4ABF3E16<br>File Hash:<br>22D5CC88969FD55F7234292D0CB962DBBBEF021B9C7E5161B2A2EEE064BC6934 | 12/28/2023 01:28:27 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8198FCFF43A2010C34FA503D6AB16D75E3087638<br>File Hash: 30B331DFDB94E10F79ADF0EB56CF4367E676510A5E0A42B3AF5D2087B6985C71 | 12/28/2023 01:25:17 | TushyRaw | 07/19/2023 | 08/17/2023 | PA0002425534 |
| 13 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash: B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 12/28/2023 01:21:52 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 14 | Info Hash: 2F9B8FF1CE30AFA616F5A84490947AFD0ED7F5A7<br>File Hash: 843E194178F97773F5A53EA0BB9C6E0E286442D789595893A1287FC94323CE0F | 12/28/2023 01:19:09 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |
| 15 | Info Hash: E433346B5BE809A75F0BB985BBD45142855C22DF<br>File Hash: 55E6979E5EA4673E80EFEE7E4EB4FDF2008C42930252AFB648D90E4F4E7C8A17 | 12/28/2023 01:18:35 | Vixen | 02/17/2023 | 03/08/2023 | PA0002400563 |
| 16 | Info Hash: 8446CF3985B6C5F499785FE97DC2C918847AFA1B<br>File Hash: 37EC319A4AB554A295513359F84B1CC61166E7BA5A153302B2DEB51ED6A27CC2 | 12/28/2023 01:17:54 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 17 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash: B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 12/28/2023 01:17:37 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 18 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 12/28/2023 01:08:34 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 19 | Info Hash: 340388F38581DF5E919342C8EBB209978EEA9633<br>File Hash: C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 12/28/2023 01:08:32 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 20 | Info Hash: 89129CF1DF7A8A38DDFE8BDC190CCF0CF887A6B3<br>File Hash: B2F4906034015D036059DCC072A300C7FE0D94E52E3E7703EB9AA6A4B4ED6503 | 12/25/2023 16:01:57 | Tushy | 11/19/2023 | 12/12/2023 | PA0002445179 |
| 21 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 12/25/2023 16:01:56 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 22 | Info Hash: 26F5560C4A9A70880313BB299014762E7373199B<br>File Hash: 5A71511788AD13E0C61313DE243DA736AA5248C8067F4AFB89F13A96DF82861E | 12/25/2023 16:01:49 | Tushy | 06/18/2023 | 07/13/2023 | PA0002420350 |
| 23 | Info Hash: E5DCE6CE072158A2EAC9A1B48B9BC8908C958C1C<br>File Hash: 6BF27459F6E5597070CFDC6CF20FC317E6BF6CC4DDF3951C4A082B16D3E6EC75 | 12/25/2023 16:00:57 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BB3215E8561A88B67F8C6EE1280DB47FB848E8BE<br>File Hash: 27C094AC9621E2D7E85C275B3C1A8F0F8C0444389E8452F00C67CCF08102600F | 12/21/2023 22:49:16 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 25 | Info Hash: 70404F294DC3C1E6C1D71FD358C5C63615C149D5<br>File Hash: 1F640EBD797A05EFBFF6A3FFE3D4AB9B7F37BC4A4D01BE05C4D269BACCDF55F8 | 12/21/2023 22:47:48 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 26 | Info Hash: 9B051B4B346120020114C51288BAA2CB8443B77A<br>File Hash: 5A898C7D9B55E10240A8F29BA8EACE1EB64AABE6489465075D7688F082AFE440 | 12/21/2023 22:46:36 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 27 | Info Hash: CC845533BB056852993B07BA306FBA69FE418344<br>File Hash: AF82593BF578A5FAF062230C4A5E190184E9D60BA5793A14AAF670BFEB9F4625 | 12/21/2023 22:34:24 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 28 | Info Hash: 5352EA774C5490597CFAA5D09F44B3F4A3CC323C<br>File Hash: 478FA936AE06679650D0AA8E926AC31D7132EF11F96A79C18161ED836E20E224 | 12/21/2023 22:34:13 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 29 | Info Hash: 1ABB2D36C859BAAC3390AB84836BB7C8E87969E9<br>File Hash: A272225A44A698204AAD2ECDBBB56F23354108D2779C75DD0A2D22C0F1EF0AE3 | 12/21/2023 22:21:05 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 30 | Info Hash: B81C9C0A0574CF67B8A99A4C0C11CD4AD413BEAD<br>File Hash: 5EB604A7EA4E9045BE0A9EBC51CFAF3A4BCB5A09816A892EBEDF17543D5C2BD6 | 12/21/2023 22:18:48 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 31 | Info Hash: F843A879D588AE73A56F2DC8BE9A4AF12D77F4CA<br>File Hash: 7AD45C6E3DD5D6A1E96F61223DF339F6562F1A36946BE43A88658E20AFC84EC9 | 12/21/2023 22:15:58 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 32 | Info Hash: B4944D21A5240CD1AD45C44B5E214E57D16815C0<br>File Hash: AE8856F29756128EEB823DCE2D686D6F69101CBA68EA72FF34989D690BDCDE9A | 12/21/2023 22:14:52 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |
| 33 | Info Hash: C2FC11FF469BB1A9254A0B8DD2F61D4E15145B3E<br>File Hash: DCA40AE572A8F5FE23960F34150F68BABF0771996FDF31E6C72AFF1E1173B544 | 12/21/2023 22:13:59 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 34 | Info Hash: 7E588401D8CAE523BF30B0A3B687B63372D63427<br>File Hash: 9D90013370362C89E6B63144E08D9E61833A2DFB86D2A3A67140B2FDD7ADD4A5 | 12/21/2023 22:12:12 | Blacked Raw | 09/18/2023 | 10/18/2023 | PA0002435281 |